11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Sonny D. Silvas,

Vs. No. 11-11-00169-CR

The State of Texas,

* From the 70th District
   Court of Ector County,
   Trial Court No. A-37,468.

* June 6, 2013

* Memorandum Opinion by McCall, J.
   (Panel consists of: Wright, C.J.,
   McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.